Dismissed and Memorandum Opinion filed August 27,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00232-CV

____________

 

ALICE WELLMAN DANIELS, Appellant

 

V.

 

SANDRA G. WALL, Appellee

 



 

On Appeal from the 412th District Court

Brazoria County, Texas

Trial Court Cause No. 44,959

 



 

M E M O R
A N D U M  O P I N I O N

This is an appeal from a judgment signed March 3, 2009.  The
reporter=s record was filed March 23, 2009. 
The clerk=s record was filed May 6, 2009.  Appellant=s brief was due June 5, 2009, but
appellant did not filed a brief or a motion for extension of time to file her
brief.








On July 9, 2009, this court issued an order stating that
unless appellant submitted her brief, together with a motion reasonably
explaining why the brief was late, on or before August 10, 2009, the court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P.
42.3(b).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.